UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

RICHARD R PARK, )
 ) CASE NO. C03-3044MWB
Plaintiff, )
 )
vs. ) JUDGMENT
 )
DAVID HILL, )
 )
Defendant. )

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Plaintiff take nothing and this matter is dismissed.

DATED: August 8, 2005

Pridgen J. Watkins - Clerk

BY: Deputy Clerk